UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CHRISTOPHER RUGGIERO,** | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 07-0547 (RBW) |
| **GEORGE W. BUSH** *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that this case is **DISMISSED** without prejudice for lack of jurisdiction.

This is a final appealable Order.

_____s/_____
Reggie B. Walton
Date: April 17 , 2007            United States District Judge