# United States Court of Appeals
#### For The District of Columbia Circuit

---

**No. 07-5161**                                    **September Term, 2006**

07cv00547

**FILED**

**Filed On:**

**MAY 2 9 2007**

Christopher Ruggiero,
    Appellant

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.

George W. Bush, President of the United States, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAY 2 3 2007

CLERK

## ORDER

    Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

    **ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See Mitchell v Reno, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

    **FURTHER ORDERED** that this appeal be held in abeyance pending further order of the court.

    The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its issuance of either a certificate of appealability or statement why a certificate should not issue.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
Elizabeth V. Scott
Deputy Clerk