## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CHRISTOPHER RUGGIERO,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-0547 (RBW)** |
| | ) | |
| **GEORGE W. BUSH** *et al.*, | ) | |
| | ) | |
| **Respondents.** | ) | |
| ――――――――――――――――――― | ) | |

## ORDER

This matter is before the Court on Order from the United States Court of Appeals for the District of Columbia Circuit, directing prompt notification of this Court's "issuance of a certificate of appealability or statement why a certificate should not issue."  Order (May 23, 2007).  For the reasons stated in the memorandum opinion accompanying the dismissal order from which petitioner appeals, the Court finds that petitioner has not "made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  Accordingly, it is

**ORDERED** that a certificate of appealability is **denied**.

**SO ORDERED**.

_____s/_____
Reggie B. Walton
Date: June 22 , 2007          United States District Judge