≽AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of **COLUMBIA**

**RECEIVED JUN 2 2 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Christopher Ruggiero  215-474-0526
1235 Pine St Philadelphia PA 19105

Plaintiff          19107

V.

Defendant  George W. Bush et. al.,

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 07-0547 (RBW)

I, Christopher Rugg__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?       ☐ Yes       ☒ No        (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?       ☒ Yes       ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.) Bi-weekly Gross 721.15 Bi-weekly net 553.46 Philadelphia Mental Health Center 1235 Pine St, Philadelphia PA 19107 (see attached)

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment      ☒ Yes     ☐ No
    b. Rent payments, interest or dividends               ☐ Yes     ☒ No
    c. Pensions, annuities or life insurance payments     ☐ Yes     ☒ No
    d. Disability or workers compensation payments        ☐ Yes     ☒ No
    e. Gifts or inheritances                              ☐ Yes     ☒ No
    f. Any other sources                                  ☐ Yes     ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

Self-employment - Approximate 700.00 dollars Small maintenance temporary of or service but to suspended license, working to get it reinstated.

4. Do you have any cash or checking or savings accounts?  ☑ Yes   ☐ No

   If "Yes," state the total amount. Cash 68.00 dollars

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☑ Yes   ☐ No

   If "Yes," describe the property and state its value. One unregistered uninsured 1989 Toyota Previa van Broken window value 350.00 dollars.
   One 1988 Toyota Camry Broken axle unregistered uninsured value 400.00 Four Hundred dollars
   1 Unregistered uninsured work truck 750.00 dollars 1988 GMC (Petitioners license is temp suspended)

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   Mother ~~Rose~~ Approx 35. dollars a week. Daughter In the last 36 months I have supported other children to the tune of 15,000 dollars C.L.R son, C.M.R. Daughter H.R Daughter

I declare under penalty of perjury that the above information is true and correct.

6-20-07                           [signature]
_____                        _____
  Date                            Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Christopher Ruggiero., 5th Floor, 1235 Pine Street, Philadelphia, PA 19107 | | | | | Single/Withhold | Fed-1/0/PA-1/0 |
| | | | | | Pay Period: 05/14/2007 - 05/27/2007 | Pay Date: 06/01/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Dept. 500 Administration | 75.00 | | 721.15 | 2,884.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| City of Philadelphia | -30.72 | -122.88 |
| Federal Withholding | -59.00 | -236.00 |
| Social Security Employee | -44.72 | -178.85 |
| Medicare Employee | -10.46 | -41.83 |
| PA - Withholding | -22.14 | -88.56 |
| PA - Unemployment Employee | -0.65 | -2.60 |
| | -167.69 | -670.72 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 553.46 | 2,213.88 |

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | 0.00 | 6.92 |
| Vacation | 0.00 | 75.00 |

PHILADELPHIA MENTAL HEALTH CLINIC INC, 1235 PINE STREET, PHILADELPHIA, PA 19107-5945

```
              UNITED STATES COURT OF APPEALS
              For The District Of Columbia Circuit


Lower court No.07-5161              September Term, 2006


                                               07cv00547


Christopher Ruggiero
        Appellant

v.


George W, Bush, President of the United States,
Et al.,
        Appellees


Comes now Christopher Ruggiero to inform the United States
Court of Appeals for the District of Columbia that
Appellant Christopher Ruggiero has complied with this
courts order of May 23 and has filed a motion to proceed in
forma pauperis with the United States District Court for
the District of Columbia this 22nd day of June, 2007



Christopher Ruggiero
1235 Pine St
Philadelphia PA. 19107
Apt 5
```

*[signature]*
6-21-07