Received
Mail Room
AUG 1 6 2007
United States Courts of Appeals
District of Columbia Circuit

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

07-5161

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED  AUG 1 6 2007
CLERK

Christopher Ruggiero                              USCA No. 1:07-cv-547

v.

George W. Bush, President of the       USDC No. 07CV00547
United States et. Al

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Christopher Ruggiero, declare that I am the ☑ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*) See other side.

Signature _____
Name of Pro Se Litigant (PRINT) Christopher Ruggiero
Address 1235 Pine St
Philadelphia PA 19107

Submit original with a certificate of service to:

Clerk, U.S. Court of Appeals
for the D.C. Circuit
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

Received
Mail Room

AUG 16 2007

United States Courts of Appeals
District of Columbia Circuit

# Affidavit Accompanying Motion for
# Permission to Appeal in Forma Pauperis

United States Court of Appeals for the
District of Columbia Circuit

Christopher Ruggiero

Case No. 07CV00547

v.

George W. Bush
President of the United States et. al

............................................................

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: _____

Date: August 15, 2006

............................................................

**My issues on appeal are:**

my petition was submitted to a Federal court. Petitioner should be allowed to amend his petition. Petitioner is entitled to a hearing. Violence against women's act is unconstitutional

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $1642.30 | $ | $1642.30 | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): ____ | $ | $ | $ | $ |
| Total monthly income: | $1642.30 | $ | $1642.30 | $ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Philadelphia mental Health | 1235 Pine st Philadelphia 19107 | April 2007 - present | 1442.30 |
| Self-employed | 1235 Pine St | April 2006 - April 20 2007 | 2000.00 |
| mead landscaping | 290 Bay Rd Queensbury NY | May 2005 - April 20 2006 | 1360.00 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

0

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| 0 | 0 | $ 0 | $ 0 |
| 0 | 0 | $ 0 | $ 0 |
| 0 | 0 | $ 0 | $ 0 |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)    Other real estate (Value)    Motor vehicle # 1 ___0___ (Value)
___0___         ___0___                      Make & year: _____
                                             Model: _____
                                             Registration #: _____

Motor vehicle #2 ___0___ (Value)    Other Assets (Value)    Other Assets (Value)
Make & year _____                 ___0___                  ___0___
Model: _____
Registration #: _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.    0

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Monica Rose Ruggiero | Daughter | 18 |
| Christopher L. Ruggiero Jr. | Son | 19 |
| Christina M. Ruggiero | Daughter | 20 |
| Ariel C Ruggiero | Daughter | 23 |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ 0 |
| Are real-estate taxes included? | [ ] Yes  [ ] No | |
| Is property insurance included? | [ ] Yes  [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 50 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 350.00 | $ |
| Clothing | $ 100.00 | $ |
| Laundry and dry-cleaning | $ 20.00 | $ |
| Medical and dental expenses | $ 50.00 | $ |
| Transportation (not including motor vehicle payments) | $ 100.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 20 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ |
| Homeowner's or renter's | $ 0 | $ |
| Life | $ 0 | $ |
| Health | $ 0 | $ |
| Motor Vehicle | $ 0 | $ |
| Other: _____ | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ 0 | $ |
| Installment payments | $ 0 | $ |
| Motor Vehicle | $ 0 | $ |
| Credit card (name): _____ | $ 0 | $ |
| Department store (name): _____ | $ 0 | $ |
| Other: _____ | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 150.00 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify): mother/Debt | $ 50 | $ |
| Total monthly expenses: | $ 890.00 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?     No

[ ] Yes  [X] No    If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes   [✓] No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes   [✓] No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:
_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. look, my kids have lived on the street for years as soon a they are able to run away they do nd they show up at my poor a mess and I have been paying to strighten out their lives because of the sexual (Documented) abuse and physical abuse and neglect by the Governmental mother!!!!!

13. State the address of your legal residence.  1235 Pine St
Philadelphia PA 19107
_____

Your daytime phone number: (215) 479-0526
Your age: 44   Your years of schooling: 12   ( some community college)
Your social-security number: 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

Received
Mail Room

07-5761

AUG 1 6 2007

United States Courts of Appeals
District of Columbia Circuit

## CERTIFICATE OF SERVICE

I, Christopher Ruggiero affirm that a copy of this motion to proceed on appeal In Forma Pauperis,

Christopher Ruggiero vs. George W. Bush president of the United States Et Al. was sent to

Clerk, U.S. Court of Appeals for the D.C. Circuit Rm. 5423,
E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001 on August 15, 2007

*[signature]*

07-15-07