# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CHRISTOPHER RUGGIERO,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-0547 (RBW)** |
| | ) | |
| **GEORGE W. BUSH** *et al.*, | ) | |
| | ) | |
| **Respondents.** | ) | |
| | ) | |

## ORDER

The United States Court of Appeals for the District of Columbia Circuit has referred petitioner's second motion for leave to proceed on appeal *in forma pauperis* to this Court for consideration. App. No. 07-5161 (Aug. 20, 2007); *see* Min. Order of July 7, 2007 (this Court denying petitioner's first motion).

Whether to permit or deny an application to proceed *in forma pauperis* is within the sound discretion of the Court. *See Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir.), *cert. denied*, 488 U.S. 941 (1988); *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir.), *cert. denied*, 375 U.S. 845 (1963). If the applicant shows that he would be forced to give up the basic necessities of life if required to pay the costs of the lawsuit, he qualifies for *in forma pauperis* status. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). An individual need not "be absolutely destitute to enjoy the benefit of the [IFP] statute." *Id*. Rather, the granting of leave to proceed *in forma pauperis* is warranted if the affiant demonstrates that "because of his poverty [he cannot] pay or give security for the costs . . . and still be able to provide himself and dependents with the necessities of life." *Id*. (internal quotation marks omitted). "[C]ourts will generally look to

whether the person is employed, the person's annual salary, and any other property or assets the person may possess." *Schneller v. Prospect Park Nursing and Rehab. Ctr.*, No. 06-545, 2006 WL 1030284, *1 (E.D. Pa. Apr. 18, 2006), *appeal dismissed*, 2006 WL 3038596 (3d Cir., Oct. 26, 2006).

Petitioner states that he earns an average monthly income of $1,642.30 and has monthly expenses of $890. He lists no minor dependents. Petitioner has not demonstrated how his payment of the appellate filing fee will deprive him of the necessities of life. Accordingly, it is

**ORDERED** that petitioner's motion to proceed *in forma pauperis* on appeal [Dkt. No. 10] is **DENIED**. The Clerk is directed to transmit this Order forthwith to the appellate court.

_____s/_____
Reggie B. Walton
Date: June 2, 2008                    United States District Judge